AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

FILED
APR 0 2 2008
CLERK

DISTRICT OF SOUTH DAKOTA

UNITED STATES OF AMERICA
V.
Elias Q. Lechuga, DOB: 10/02/1984 and Clemente Carlos Perez-Pantaleon, DOB: 11/23/1971.

(Name and Address of Defendant)

## CRIMINAL COMPLAINT

CASE NUMBER: 08-m14-1 -2

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about April 1, 2008 in Minnehaha County, in the District of South Dakota defendant(s) did, (Track Statutory Language of Offense)

knowingly and intentionally possess with the intent to distribute methamphetamine, a schedule II controlled substance,

in violation of Title 21 United States Code, 841(a)(1).

I further state that I am a(n) DEA Special Agent and that this complaint is based on the following
Official Title

facts:

See attached affidavit.

Continued on the attached sheet and made a part ☒ Yes ☐ No

Steve Hummel, S/A
Signature of Complainant

Sworn to before me, and subscribed in my presence,

April 2, 2008
Date

at Sioux Falls, South Dakota
City and State

John E. Simko, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial