FILED
APR 03 2008

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

JUDGE - John E. Simko
CASE NO. - 08-14

REPORTER - FTR #1
Date - 4/3/08
PAGE NO. - 1

| CASE | COUNSEL |
|---|---|
| USA,<br>Plaintiff, | John Haak |
| vs. | |
| ELIAS Q. LECHUGA & CLEMENTE CARLOS PEREZ-PANTALEON,<br>Defendant. | Sara Burnett & Nichole Carper, |

---

COURTROOM DEPUTY: Jackie Meisenheimer

TIME HEARING SCHEDULED TO BEGIN: 8:30 a.m.

TIME:

8:45 am Enter initial appearance, preliminary examination, and detention hearing before the Hon. John E. Simko, Magistrate Judge, Sioux Falls. Counsel state their appearances for the record.

Laura Garcia-Hein, federally certified Spanish interpreter, is sworn by the courtroom deputy.

Mr. Lechuga states he speaks English.

Mr. Prez-Pantaleon states he does not speak English and is able to understand the interpreter.

Court advises defendants of their right to counsel and if they cannot afford one, one will be appointed for them. Sara Burnett is appointed to represent Mr. Lechuga and Nichole Carper is appointed to represent Mr. Perez-Pantaleon.

Court advises defendant of their rights.

Court advises defendants of consulate notification and that if not a citizen and if convicted they would most certainly be deported.

Defendants are sworn by the courtroom deputy.

Both counsel waive the reading of the affidavit attached to the complaint.

Court reads complaint to the defendant.

Maximum Penalty for both defendants: maximum of up to 20 years; fine up to $1,000,000; 3 years supervised release and if revoked up to 2 additional years imprisonment; $100 special assessment.

Court advises defendants of their right to a preliminary examination. Mr. Lechuga will waive his preliminary examination today. Mr. Perez-Pantaleon waives preliminary examination today. Both defendants sign their waiver of preliminary examination.

Mr. Haak requests detention for both defendants. Mr. Haak proffers the pretrial services report in both cases. He also proffers the affidavit in support of the complaint. Ms. Burnett and Ms. Carper both state their clients wish to waive the detention hearing. Neither counsel has any objection to the pretrial services report or the affidavit.

Court orders both defendants detained.

9:20 am Court in recess.