UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
APR 0
[signature]

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ELIAS Q. LECHUGA and<br>CLEMENTE CARLOS PEREZ-PANTALEON,<br>Defendant. | * | CR. 08-M14<br><br>FINDING OF<br>PROBABLE CAUSE |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

This matter came before the Court for an initial appearance, preliminary examination and detention hearing on a Complaint on Thursday, April 3, 2008. Defendant Elias Q. Lechuga appeared in person and by his counsel, Sara Burnette. Defendant Clemente Carlos Perez-Pantaleon appeared in person and by his counsel, Nichole Carper. The United States appeared by Assistant United States Attorney, John Haak.

Based upon the testimony of DEA Special Agent Steve Hummel, the court finds probable cause to believe that the defendants have committed the acts alleged in the Complaint.

Dated at Sioux Falls, South Dakota, this 3 day of April, 2008.

BY THE COURT:

[signature]
John E. Simko
United States Magistrate Judge

ATTEST:

JOSEPH HAAS, Clerk of Courts

By [signature], Deputy

(SEAL)