UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
APR 04 2008
CLERK

******************************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 08-14M |
| Plaintiff, | * | |
| vs. | * | ORDER FIXING DATES |
| ELIAS Q. LECHUGA and CLEMENTE CARLOS PEREZ-PANTALEON, | * | |
| Defendants. | * | |

******************************************************************************

Initial appearances on a Complaint were held on April 3, 2008, with the Plaintiff appearing by John Haak, Assistant United States Attorney; and the Defendant Elias Q. Lechuga appearing in person and with his attorney, Sara Burnett; and the Defendant Clemente Carlos Perez-Pantaleon appearing in person and with his attorney, Nichole Carper; and

It appearing necessary that the court fix motion and trial dates in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161,

IT IS ORDERED:

1. That the following general discovery rules shall apply to this case:

A. Upon request of the Defendant, the Plaintiff shall forthwith comply with Rule 16(a)(1)(A), (B), (C) and (D).

B. If the Defendant requests disclosure under Rule 16(a), such Defendant shall, upon request of the Plaintiff, forthwith comply with Rule 16(b).

C. The Plaintiff shall disclose to the Defendant any exculpatory material discoverable under Brady v. Maryland, 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963) two weeks before trial.

D. Any written statements of Plaintiff's witnesses discoverable under the Jencks Act, 18 U.S.C. § 3500, shall be furnished to the Defendants on the Friday preceding trial.

2. That all discovery motions as to Defendants herein be filed and served on or before April 7, 2008; that opposing counsel respond thereto on or before April 11, 2008.

3. That all other motions as to Defendants herein be filed and served on or before April 18, 2008; that opposing counsel respond thereto on or before April 24, 2008; and that a hearing thereon will be held before The Honorable John E. Simko, in Sioux Falls, South Dakota, on Wednesday April 30, 2008, at 2:15 P.M.; and the Court will not consider a stock motion for leave to file further motions, however, the Court will consider a motion filed by a party after the deadline if the party can show good cause as to why the motion was late filed.

4. That May 2, 2008, is hereby set as the deadline for submission to the Court of any proposed plea agreement.

5. That all motions in limine shall be in writing and filed, together with proposed instructions, with the Court ten (10) working days before trial.

6. That the jury trial herein for Defendant shall commence in Sioux Falls, South Dakota, on Tuesday, June 3, 2008, with counsel to be present for motions in limine at 9:00 A.M., and with the jury to report at 9:30 A.M.

7. That the dates herein may be modified upon good cause shown.

Dated this 4th day of April, 2008.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY ______________________
DEPUTY