FILED
JUL 10 2008
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

vs.

Clemente Carlos Perez-Pantaleon, et al

Defendant.

CR 08-M14-02

DEFENDANT'S SECOND MOTION TO CONTINUE DATES

Comes now Clemente Carlos Perez-Pantaleon, Defendant in the above-titled matter, by his attorney, Nichole A. Carper, and moves the Court for its Order continuing for a period of at least one month, all of the dates listed in the Court's Order Fixing Dates of June 17, 2008, on the following grounds:

1. Defendant's counsel has just had a baby and is on maternity leave.
2. That the Defendant began the proffer process shortly before his attorney had her baby and needs the additional time to complete his proffer.
3. Mr. John Haak, attorney for the government, has been informed of this request and has not objection to the Court granting this continuance.

Defendant's counsel further represents to the Court that this Motion is made neither for purposes of undue delay nor for any other improper reason.

Defendant has been informed of the Motion and understands that the delay occasioned by this Motion is excluded from counting under the Speedy Trial Act at 18 U.S.C. § 3161.

Dated this 10 day of July, 2008.

Respectfully submitted,

Attorney for Defendant
300 North Dakota Avenue, Suite 404
Sioux Falls, SD 57104
Telephone: 605-338-9919
Facsimile: 605-331-6919

CERTIFICATE OF SERVICE

I hereby certify that on this 10 day of July, 2009, a true and correct copy of the foregoing Defendant's First Motion to Continue was served upon the following person, by placing the same in the service indicated, postage prepaid, addressed as follows:

| | |
|---|---|
| John Haak, AUSA | [ ] U.S. Mail |
| PO Box 303 | [ x ] Hand Delivery |
| Sioux Falls, SD 57104 | [ ] Facsimile |

Nichole Carper, Attorney for Defendant